1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    Case No.: 5:18-CR-0115-JGB

12              Plaintiff,          )    ORDER OF DETENTION PENDING
                                    )    FURTHER REVOCATION
13        v.                        )    PROCEEDINGS
                                    )    (FED. R. CRIM. P. 32.1(a)(6); 18
14   *Ruben MORENO*                 )    U.S.C. § 3143(a)(1))
                                    )
15 _____ )    Defendant.

16        The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the ____Central____ District of

18   __California__ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A. (X)  The defendant has not met his/her burden of establishing by clear and

23           convincing evidence that he/she is not likely to flee if released under 18

24           U.S.C. § 3142(b) or (c).  This finding is based on the following:

25           (X)  information in the Pretrial Services Report and Recommendation

26           (X)  information in the violation petition and report(s)

27           (X)  the defendant's nonobjection to detention at this time

28           ( )  other: _____

1

and/ or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    (X) the defendant's nonobjection to detention at this time

    ( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: March 25, 2019

_____
SHERI PYM
United States Magistrate Judge